PROB 35

(Rev. 4/81)

**Report and Order Terminating Probation/**
**Supervised Release Prior to Original Expiration Date**

# United States District Court

### For The

### District of New Jersey

RECEIVED
WILLIAM T. WALSH, CLERK.

2005 JUL 22  A 9: 40

UNITED STATES
DISTRICT COURT

UNITED STATES OF AMERICA

v.

Dorothy Blackwell-McNeil

Crim. No.   95-671-01

On 06/22/01, the above named was placed on supervised release for a period of 5 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

United States Probation Officer
Elizabeth Villa

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _22nd_ day of _July_, 20_05_.

United States District Judge



# Dorothy A. McNeil

*Has Successfully Completed*

## Railroad Hazardous Materials Training Exercise:

### Field Operations on Tabletops

**NJCU FIRE**

College of Professional Studies

NEW JERSEY CITY UNIVERSITY

Sandra Bloomberg, Ph.D
Dean, College of Professional Studies

Professor Kevin G. Malley, Lt. FDNY (Ret.)
Chairperson, Fire Science Department

October 15, 2003

# DEAN'S LIST

## FALL 2004

**The Office of the Dean of Students**

NEW JERSEY CITY UNIVERSITY

in the

**Division of Student Affairs**

is proud to award this certificate to

## DOROTHY MC NEIL

for outstanding academic work in a full-time undergraduate program.

_____
Dean of Students

_April 1, 2005_
Date



# CERTIFICATE OF APPRECIATION

## Erwin Technical Center

*Presents this Certificate*

*to*

### Dorothy McNeil

*Be it known that the Erwin Technical Center Faculty and Administration recognize and appreciate your contributions and support expressed in so many ways toward Trudy Jefferson's completion of the Practical Nursing Program*

*March 8, 2004*

Principal

# SPRING DEAN'S LIST 2004

NEW JERSEY
CITY
UNIVERSITY

The Office of the Dean of Students
Division of Student Affairs
Is proud to award this certificate to

## Dorothy McNeil

for outstanding academic work
in a full-time undergraduate program.

Dean of Students

June 1, 2004
Date



NEW JERSEY

# CITY
# UNIVERSITY

# DEAN'S LIST

I hereby certify that

*Dorothy McNeil*

has qualified for the Dean's List for the 2003 Fall Semester.

*This distinction signifies outstanding academic work in a full-time undergraduate program.*

Signature

Date  3/1/04



# Certificate Of
## Accomplishment

This certifies that _Dorothy McNeil_ has

successfully completed the 2003

Basic Computer Session at the

HOPES Inc. Family Resource Center.

Computer Instructor

Date 3/26/03

Computer Instructor

Date 3/26/03